MARY O'GORMAN, as Administratrix of the Estate of JAMES F. O'GORMAN, Deceased, Respondent, *v.* ARMOUR & COMPANY, Appellant.

*O'Gorman* v. *Armour & Co.,* 120 App. Div. 903, affirmed.
(Argued May 5, 1909; decided May 20, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1908, affirming a judgment in favor of plaintiff in an action to recover for personal injuries alleged to have been sustained by plaintiff's testator through the negligence of the defendant by whom he was employed.

*Philip B. Adams* for appellant.

*Peter A. Delaney, Michael D. Reilly* and *John J. O'Neill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and CHASE, JJ. Dissenting: HAIGHT, J. Absent: CULLEN, Ch. J.

---

EDWARD WALSH, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Walsh* v. *N. Y. C. & H. R. R. R. Co.,* 123 App. Div. 914, affirmed.
(Argued May 5, 1909; decided May 20, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 29, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by an employee through the negligence of the master.

*Edward Devine* for appellant.

*Leroy B. Williams* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.